**MORGAN, LEWIS & BOCKIUS LLP**
*(Pennsylvania Limited Liability Partnership)*
502 Carnegie Center
Princeton, New Jersey 08540-7814
August W. Heckman III
(609) 919-6658
*Attorney for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL SIMONS,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BOSTON SCIENTIFIC, GARY LICKOVICH, SAMUEL CONAWAY AND JOHN DOES 1-30,<br><br>　　　　　　　　Defendants. | Civil Action No.: 2:15-cv-07519-MCA-LDW<br><br>*ELECTRONICALLY FILED* |

### ′ ORDER GRANTING ADMISSION OF
### SEAN R. SOMERMEYER *PRO HAC VICE*

THIS MATTER having been brought before the Court by August W. Heckman III of Morgan, Lewis & Bockius LLP, for an Order permitting Sean R. Somermeyer to appear on behalf of Defendants Boston Scientific Corporation, Gary Lickovich, and Samuel Conaway, collectively known as ("Defendants"), *pro hac vice,* and the Court having considered the application of Defendants, and good cause being shown,

IT IS on this 20th day of October, 2015,

**ORDERED** that the request of Defendants Boston Scientific Corporation, Gary Lickovich, and Samuel Conaway for leave to permit Sean R. Somermeyer to appear *pro hac vice* on their behalf is hereby granted; and

**IT IS FURTHER ORDERED** that Sean R. Somermeyer may speak in this matter on behalf of Defendants Boston Scientific Corporation, Gary Lickovitch, and Samuel Conaway in the same manner as attorneys of the State of New Jersey; and

**IT IS FURTHER ORDERED** that Sean R. Somermeyer shall be required to abide by all rules governing the United States District Court, District of New Jersey, including all disciplinary rules; that he shall notify the Court of any matter affecting his standing at the bar of any other court; that he shall pay the annual fee required by New Jersey Court Rule 1:28-2; and that he shall have all pleadings, briefs and other papers filed with the Court signed by August W. Heckman III, an attorney of record authorized to practice in New Jersey or another Morgan, Lewis & Bockius LLP attorney authorized to practice before this Court, who shall be held responsible for such papers and for the conduct and cause of Sean R. Somermeyer.

Date: 10/20/15

Leda Dunn Wettre
~~United States District Judge~~ U.S.M.J.