UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 17-3824

_____

MICHAEL SIMONS,
                  Appellant

v.

BOSTON SCIENTIFIC; GARY LICKOVITCH;
SAMUEL CONAWAY; JOHN DOES 1-30

On Appeal from the United States District Court
for the District of New Jersey
(District Court No. 2-15-cv-07519)
District Judge: Honorable Madeline C. Arleo

Submitted under Third Circuit LAR 34.1(a)
on November 9, 2018

Before: AMBRO, SCIRICA and RENDELL, Circuit Judges

## JUDGMENT

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted under Third Circuit LAR 34.1(a) on November 9, 2018.

On consideration whereof, it is now hereby

**ORDERED and ADJUDGED** by this Court that the judgment of the District Court entered on November 30, 2017, be and the same hereby is affirmed.

Costs taxed against the Appellant.

All of the above in accordance with the opinion of this Court.

          ATTEST:

          s/ Patricia S. Dodszuweit
          Clerk

DATED: March 22, 2019